

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 31 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1657

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

4:06CV3229  4:06CV3233
4:06CV3230  4:06CV3234
*(SEE ATTACHED SCHEDULE)*  4:06CV3231  8:06CV633
4:06CV3232  8:06CV651
*CONDITIONAL TRANSFER ORDER (CTO-71)*  8:06CV652

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 4,677 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

## SCHEDULE CTO-71 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA MIDDLE** | |
| ALM  2  06-866 | Jimmy R. Jackson, Sr., et al. v. Merck & Co., Inc. |
| **ALABAMA NORTHERN** | |
| ALN  2  06-1936 | Jacqueline S. Wright v. Merck & Co., Inc. |
| ALN  2  06-1957 | Rodolfo Vargas, et al. v. Merck & Co., Inc. |
| ALN  2  06-1967 | Brenda Smith v. Merck & Co., Inc. |
| ALN  2  06-1968 | Beverly Kelly v. Merck & Co., Inc. |
| ALN  2  06-1969 | Terrell Palmore v. Merck & Co., Inc. |
| ALN  2  06-1970 | Dorothy Arwood v. Merck & Co., Inc. |
| ALN  3  06-1977 | Anna Baugher, et al. v. Merck & Co., Inc. |
| ALN  4  06-1958 | Howard G. Smith v. Merck & Co., Inc. |
| **ALABAMA SOUTHERN** | |
| ALS  1  06-608 | Raymond Williams, et al. v. Merck & Co., Inc. |
| ALS  1  06-609 | Georgina Nelson, et al. v. Merck & Co., Inc. |
| **ARKANSAS WESTERN** | |
| ARW  3  06-3061 | Lynne Carlson v. Merck & Co., Inc. |
| ARW  4  06-4086 | Patrick Wooldridge v. Merck & Co., Inc. |
| **ARIZONA** | |
| AZ  2  06-2327 | Terrance Law v. Merck & Co., Inc. |
| AZ  2  06-2328 | Patricia Sovacool, et al. v. Merck & Co., Inc. |
| AZ  2  06-2329 | Jamal Daiza v. Merck & Co., Inc. |
| AZ  2  06-2330 | Rose Soto, et al. v. Merck & Co., Inc. |
| AZ  4  06-505 | Brenda Maley v. Merck & Co., Inc. |
| AZ  4  06-506 | Mary Lou Amarillas, et al. v. Merck & Co., Inc. |
| AZ  4  06-507 | Olivia L. Encinas, et al. v. Merck & Co., Inc. |
| AZ  4  06-508 | Manuel Grajeda, et al. v. Merck & Co., Inc. |
| AZ  4  06-509 | Richard A. Naas, et al. v. Merck & Co., Inc. |
| **CALIFORNIA CENTRAL** | |
| CAC  2  06-6199 | Bonita A. Garcia-Deleon, et al. v. Merck & Co., Inc. |
| CAC  2  06-6264 | Mary Jackson, et al. v. Merck & Co., Inc. |
| CAC  5  06-1055 | Linda Davis v. Merck & Co., Inc. |
| **CALIFORNIA EASTERN** | |
| CAE  2  06-2177 | Jordan Aqui v. Merck & Co., Inc. |
| **CALIFORNIA SOUTHERN** | |
| CAS  3  06-2115 | Denise Radovan-Alfonso v. Merck & Co., Inc., et al. |
| CAS  3  06-2116 | Francisco Silva v. Merck & Co., Inc., et al. |
| CAS  3  06-2117 | Maria Santiago v. Merck & Co., Inc., et al. |
| CAS  3  06-2118 | James Rhodes v. Merck & Co., Inc., et al. |
| CAS  3  06-2119 | Mark Williams v. Merck & Co., Inc., et al. |
| CAS  3  06-2120 | Vickie Brendel v. Merck & Co., Inc., et al. |
| CAS  3  06-2121 | Perseveranda Smith v. Merck & Co., Inc., et al. |
| CAS  3  06-2122 | Fred Black, Sr. v. Merck & Co., Inc., et al. |

| DIST. DIV. C.A. # | | | CASE CAPTION |
|---|---|---|---|
| CAS | 3 | 06-2123 | Jean Cardinal-McQuery v. Merck & Co., Inc., et al. |
| CAS | 3 | 06-2124 | Bella Jacobs v. Merck & Co., Inc., et al. |
| CAS | 3 | 06-2125 | Larry Valenti v. Merck & Co., Inc., et al. |
| CAS | 3 | 06-2126 | Patricia Martinez v. Merck & Co., Inc., et al. |
| CAS | 3 | 06-2127 | Patricia May Hilliard v. Merck & Co., Inc., et al. |
| CAS | 3 | 06-2128 | Jan Schmidt v. Merck & Co., Inc., et al. |
| CAS | 3 | 06-2129 | Steven Hampton v. Merck & Co., Inc., et al. |
| CAS | 3 | 06-2130 | Jean McNeese v. Merck & Co., Inc., et al. |
| CAS | 3 | 06-2131 | Dale Lloyd v. Merck & Co., Inc., et al. |
| CAS | 3 | 06-2132 | Augustin Hernandez v. Merck & Co., Inc., et al. |
| CAS | 3 | 06-2133 | Kenneth Lowry v. Merck & Co., Inc., et al. |
| CAS | 3 | 06-2134 | Donna Hall v. Merck & Co., Inc., et al. |
| CAS | 3 | 06-2135 | Jacqueline Lowry v. Merck & Co., Inc., et al. |
| CAS | 3 | 06-2136 | Dolores Lloyd v. Merck & Co., Inc., et al. |
| CAS | 3 | 06-2137 | Brian Coit v. Merck & Co., Inc., et al. |
| CAS | 3 | 06-2138 | Juan Silva v. Merck & Co., Inc., et al. |
| CAS | 3 | 06-2139 | Frances Bushong v. Merck & Co., Inc., et al. |
| CAS | 3 | 06-2152 | Maria Osuna v. Merck & Co., Inc., et al. |
| CAS | 3 | 06-2153 | Thomas Perfetto v. Merck & Co., Inc., et al. |
| CAS | 3 | 06-2154 | Randy Valentine v. Merck & Co., Inc., et al. |
| CAS | 3 | 06-2155 | Andres De Casas v. Merck & Co., Inc., et al. |
| CAS | 3 | 06-2156 | Anna Combite v. Merck & Co., Inc., et al. |
| CAS | 3 | 06-2157 | S. Anne Hamilton v. Merck & Co., Inc., et al. |
| CAS | 3 | 06-2158 | Aloysius Kremer v. Merck & Co., Inc., et al. |
| CAS | 3 | 06-2159 | Winifred Morris v. Merck & Co., Inc., et al. |
| CAS | 3 | 06-2160 | Darnell Hudson v. Merck & Co., Inc., et al. |
| CAS | 3 | 06-2161 | Viola Kremer v. Merck & Co., Inc., et al. |
| CAS | 3 | 06-2163 | Marietta Orpilla v. Merck & Co., Inc., et al. |
| CAS | 3 | 06-2164 | Joyce Perfetto v. Merck & Co., Inc., et al. |
| CAS | 3 | 06-2165 | Amineh Younis v. Merck & Co., Inc., et al. |
| CAS | 3 | 06-2166 | Ahmad Younis v. Merck & Co., Inc., et al. |

CONNECTICUT
| CT | 3 | 06-1525 | David L. Levengood, et al. v. Merck & Co., Inc. |
| CT | 3 | 06-1526 | Lynn Dyes, et al. v. Merck & Co., Inc. |

DISTRICT OF COLUMBIA
| DC | 1 | 06-1660 | Marcus Rosenlehner, et al. v. Merck & Co., Inc. |

FLORIDA MIDDLE
| FLM | 8 | 06-1806 | Louise M. Griffin, etc. v. Merck & Co., Inc., et al. |

FLORIDA SOUTHERN
| FLS | 0 | 06-61450 | Cheryl D. Ailer, et al. v. Merck & Co., Inc. |
| FLS | 0 | 06-61453 | Elizabeth Price v. Merck & Co., Inc. |
| FLS | 0 | 06-61475 | Beverly Needleman, etc. v. Merck & Co., Inc. |
| FLS | 1 | 06-22443 | Wellington Humes, etc. v. Merck & Co., Inc. |
| FLS | 1 | 06-22444 | Saul Kapilivsky, etc. v. Merck & Co., Inc. |

GEORGIA NORTHERN
| GAN | 1 | 06-2345 | Rudolph Posey v. Merck & Co., Inc. |
| GAN | 1 | 06-2346 | Elmer G. Cleveland, et al. v. Merck & Co., Inc. |

HAWAII
| HI | 1 | 06-543 | John R. McClelland, et al. v. Merck & Co., Inc., et al. |

SCHEDULE CTO-71 - TAG-ALONG ACTIONS  (MDL-1657)   Page 3 of 10

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **IOWA SOUTHERN** | |
| IAS   4  06-510 | Ronald Sowden, et al. v. Merck & Co., Inc. |
| **ILLINOIS NORTHERN** | |
| ILN   1  06-4906 | Janet M. Schierenbeck, et al. v. Merck & Co., Inc. |
| **ILLINOIS SOUTHERN** | |
| ILS   3  06-760 | Pat Young, etc. v. Merck & Co., Inc., et al. |
| ILS   3  06-767 | Sue Ann Archer, et al. v. Merck & Co., Inc. |
| **INDIANA SOUTHERN** | |
| INS   1  06-1439 | Buddy Booth, et al. v. Merck & Co., Inc. |
| INS   3  06-161 | Harriet T. Byrer, et al. v. Merck & Co., Inc. |
| **KANSAS** | |
| KS   2  06-2418 | Jeffry Brooks v. Merck & Co., Inc. |
| KS   2  06-2419 | Carol Purcell v. Merck & Co., Inc. |
| KS   6  06-1289 | Ransom Hall v. Merck & Co., Inc. |
| **LOUISIANA WESTERN** | |
| LAW  2  06-1690 | Leslie Malcolm Savoie v. Merck & Co., Inc. |
| **MASSACHUSETTS** | |
| MA   1  06-11760 | Daniel Czarnecki, etc. v. Merck & Co., Inc. |
| **MARYLAND** | |
| MD   8  06-2555 | Ruby Simons v. Merck & Co., Inc. |
| **MINNESOTA** | |
| MN   0  06-3888 | Lois Armstrong, et al. v. Merck & Co., Inc. |
| MN   0  06-3889 | Dorothy Bartelle, et al. v. Merck & Co., Inc. |
| MN   0  06-3890 | Ronald Dooley, et al. v. Merck & Co., Inc. |
| MN   0  06-3893 | Andrew Goodwin, et al. v. Merck & Co., Inc. |
| MN   0  06-3894 | Larry Jantzen, et al. v. Merck & Co., Inc. |
| MN   0  06-3895 | Charlotte Keil, et al. v. Merck & Co., Inc. |
| MN   0  06-3896 | Henry Kulas, et al. v. Merck & Co., Inc. |
| MN   0  06-3897 | Marlon Lamb, et al. v. Merck & Co., Inc. |
| MN   0  06-3898 | Mary Mardis v. Merck & Co., Inc. |
| MN   0  06-3899 | Robert W. Montgomery, et al. v. Merck & Co., Inc. |
| MN   0  06-3900 | Boris Buchak, et al. v. Merck & Co., Inc., et al. |
| MN   0  06-4117 | Sylvia Brown, et al. v. Merck & Co., Inc., et al. |
| **MISSOURI EASTERN** | |
| MOE   4  06-1435 | Velva Trammel, et al. v. Merck & Co., Inc. |
| **MISSOURI WESTERN** | |
| MOW  4  06-849 | Joann Raveill, et al. v. Merck & Co., Inc. |
| **MISSISSIPPI SOUTHERN** | |
| MSS   3  06-543 | Robert L. Scott v. Merck & Co., Inc. |
| MSS   5  06-131 | John D. Nix v. Merck & Co., Inc. |

| DIST. DIV. C.A. # | | | CASE CAPTION |
|---|---|---|---|
| NORTH CAROLINA WESTERN | | | |
| NCW | 1 | 06-318 | George W. Melton, et al. v. Merck & Co., Inc. |
| NCW | 3 | 06-406 | Thomas A. Sturdivant, et al. v. Merck & Co., Inc. |
| NCW | 3 | 06-407 | Mary M. Howard v. Merck & Co., Inc. |
| NCW | 3 | 06-408 | Suzanne M. Staton, et al. v. Merck & Co., Inc. |
| NCW | 5 | 06-126 | Hazel E. Hagler v. Merck & Co., Inc. |
| NCW | 5 | 06-127 | George C. Trivett, Jr., et al. v. Merck & Co., Inc. |
| NEBRASKA | | | |
| NE | 4 | 06-3229 | David W. Bindel, et al. v. Merck & Co, Inc. |
| NE | 4 | 06-3230 | Ivan E. Taege, et al. v. Merck & Co., Inc. |
| NE | 4 | 06-3231 | Hans J. Kaiser, et al. v. Merck & Co., Inc. |
| NE | 4 | 06-3232 | Dee Anna Kaiser, et al. v. Merck & Co., Inc. |
| NE | 4 | 06-3233 | Lavern G. Bieker, et al. v. Merck & Co., Inc. |
| NE | 4 | 06-3234 | Oran J. Obering, et al. v. Merck & Co., Inc. |
| NE | 8 | 06-633 | Angela Stephens, etc. v. Merck & Co., Inc. |
| NE | 8 | 06-651 | Robert Reiling v. Merck & Co., Inc. |
| NE | 8 | 06-652 | Richard Marshall v. Merck & Co., Inc. |
| NEW JERSEY | | | |
| NJ | 2 | 06-4553 | Denise Maki v. Merck & Co., Inc. |
| NJ | 2 | 06-4554 | Diane Dickelman v. Merck & Co., Inc. |
| NJ | 2 | 06-4561 | Thomas M. Stuckey v. Merck & Co., Inc. |
| NJ | 2 | 06-4650 | Brenda J. Bolden v. Merck & Co., Inc. |
| NJ | 3 | 06-4562 | Frances Alene Cabbell, et al. v. Merck & Co., Inc. |
| NJ | 3 | 06-4600 | Timothy Cox, et al. v. Merck & Co., Inc. |
| NJ | 3 | 06-4601 | Dianne Kimm, et al. v. Merck & Co., Inc. |
| NJ | 3 | 06-4602 | Tina Hanners, et al. v. Merck & Co., Inc. |
| NJ | 3 | 06-4603 | Robert Lee Garry, et al. v. Merck & Co., Inc. |
| NJ | 3 | 06-4604 | Meridith Gray, et al. v. Merck & Co., Inc. |
| NJ | 3 | 06-4605 | Vern Bronson, et al. v. Merck & Co., Inc. |
| NJ | 3 | 06-4606 | Bobby W. Myatt, et al. v. Merck & Co., Inc. |
| NJ | 3 | 06-4607 | Wilma Adair, et al. v. Merck & Co., Inc. |
| NJ | 3 | 06-4609 | Sherrill Grove, et al. v. Merck & Co., Inc. |
| NJ | 3 | 06-4611 | Donald Hertig, et al. v. Merck & Co., Inc. |
| NJ | 3 | 06-4613 | Oliver Skeet, et al. v. Merck & Co., Inc. |
| NJ | 3 | 06-4614 | Dana D'Zurella, et al. v. Merck & Co., Inc. |
| NJ | 3 | 06-4617 | Wanda Houtz, et al. v. Merck & Co., Inc. |
| NJ | 3 | 06-4618 | Gloria Davis, et al. v. Merck & Co., Inc. |
| NJ | 3 | 06-4643 | Melissa Clark, et al. v. Merck & Co., Inc. |
| NJ | 3 | 06-4644 | Dorothy Aus, et al. v. Merck & Co., Inc. |
| NJ | 3 | 06-4645 | Toby Traven, et al. v. Merck & Co., Inc. |
| NJ | 3 | 06-4647 | Joe Hayes, etc. v. Merck & Co., Inc. |
| NJ | 3 | 06-4649 | Beulah Martin, et al. v. Merck & Co., Inc. |
| NJ | 3 | 06-4651 | Judith Burton, et al. v. Merck & Co., Inc. |
| NJ | 3 | 06-4652 | Yaw Kra, et al. v. Merck & Co., Inc. |
| NJ | 3 | 06-4653 | Margie Acey, et al. v. Merck & Co., Inc. |
| NJ | 3 | 06-4654 | Iva Laws, et al. v. Merck & Co., Inc. |
| NJ | 3 | 06-4655 | Patricia Barrell, et al. v. Merck & Co., Inc. |
| NJ | 3 | 06-4658 | Charles Evans, et al. v. Merck & Co., Inc. |
| NJ | 3 | 06-4659 | Kaye Mangin, et al. v. Merck & Co., Inc. |
| NJ | 3 | 06-4660 | Alta Abston, et al. v. Merck & Co., Inc. |
| NJ | 3 | 06-4662 | Ruth Pannell McNeely, et al. v. Merck & Co., Inc. |
| NJ | 3 | 06-4688 | Raheela Shaffie, et al. v. Merck & Co., Inc. |
| NJ | 3 | 06-4691 | Rahnee Williams, etc. v. Merck & Co., Inc. |
| NJ | 3 | 06-4759 | Gary Fernandez v. Merck & Co., Inc. |

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **NEW YORK EASTERN** | |
| NYE  2  06-5188 | Dennis King v. Merck & Co., Inc. |
| **NEW YORK SOUTHERN** | |
| NYS  1  06-7735 | Mark R. Worthley, et al. v. Merck & Co., Inc. |
| NYS  1  06-7745 | Elena Strujan v. Merck & Co., Inc. |
| NYS  1  06-7843 | Skender Veli Doci, et al. v. Merck & Co., Inc. |
| **OHIO NORTHERN** | |
| OHN  1  06-2286 | Bernardina DiChiro v. Merck & Co., Inc. |
| OHN  1  06-2293 | William Phalen, et al. v. Merck & Co., Inc. |
| OHN  1  06-2294 | Douglas Ryan, et al. v. Merck & Co., Inc. |
| OHN  1  06-2296 | Eddie Walls v. Merck & Co., Inc. |
| OHN  1  06-2297 | Clara Hatcher, et al. v. Merck & Co., Inc. |
| OHN  1  06-2310 | Robert A. Sikon, et al. v. Merck & Co., Inc. |
| OHN  1  06-2340 | Howard D. Mills, et al. v. Merck & Co., Inc. |
| OHN  1  06-2350 | Carolyn Russ, etc. v. Merck & Co., Inc. |
| OHN  1  06-2352 | Jack May v. Merck & Co., Inc. |
| OHN  1  06-2354 | Marie Beegle, etc. v. Merck & Co., Inc. |
| OHN  1  06-2358 | Antoinette Arcuri v. Merck & Co., Inc. |
| OHN  1  06-2363 | Michael Pilarczyk v. Merck & Co., Inc. |
| OHN  3  06-2372 | Jimmy H. Poindexter, et al. v. Merck & Co., Inc. |
| OHN  4  06-2295 | Marcel Arnal, et al. v. Merck & Co., Inc. |
| OHN  4  06-2300 | Lularene Everage, et al. v. Merck & Co., Inc. |
| OHN  4  06-2301 | Robert J. Manley, etc. v. Merck & Co., Inc. |
| OHN  5  06-2287 | Ruth J. Bond, etc. v. Merck & Co., Inc. |
| OHN  5  06-2289 | Kenneth Hablitzel, et al. v. Merck & Co., Inc. |
| OHN  5  06-2290 | Dwayne Nicholas, et al. v. Merck & Co., Inc. |
| OHN  5  06-2292 | Jack Mitchell v. Merk & Co., Inc. |
| OHN  5  06-2298 | Martha Bryant, et al. v. Merck & Co., Inc. |
| OHN  5  06-2299 | Frances Welch v. Merck & Co., Inc. |
| OHN  5  06-2351 | Kathryn Sporich, etc. v. Merck & Co., Inc. |
| OHN  5  06-2353 | Howard Carder, etc. v. Merck & Co., Inc. |
| **OHIO SOUTHERN** | |
| OHS  1  06-647 | Daniel P. McFarland, et al. v. Merck & Co., Inc. |
| OHS  1  06-649 | Verna J. Williams v. Merck & Co., Inc. |
| **OKLAHOMA EASTERN** | |
| OKE  6  06-388 | Thelma Cates v. Merck & Co., Inc., et al. |
| OKE  6  06-393 | Carol J. Bullard, et al. v. Merck & Co., Inc. |
| OKE  6  06-398 | Pamela Kay Fink v. Merck & Co., Inc., et al. |
| OKE  6  06-399 | Tammy Finger v. Merck & Co., Inc. |
| OKE  6  06-400 | Velma Hunter v. Merck & Co., Inc. |
| OKE  6  06-401 | Susie Harjo v. Merck & Co., Inc. |
| OKE  6  06-402 | Loy R. Bridges v. Merck & Co., Inc. |
| OKE  6  06-403 | Lavonne Cogburn v. Merck & Co., Inc. |
| OKE  6  06-405 | Donald Rosson v. Merck & Co., Inc. |
| OKE  6  06-406 | Mary Gastineau v. Merck & Co., Inc. |
| OKE  6  06-408 | Imogene Clift v. Merck & Co., Inc. |
| OKE  6  06-409 | Arra Eveline Christian v. Merck & Co., Inc. |
| OKE  6  06-410 | Kathleen A. Phelps v. Merck & Co., Inc. |
| OKE  6  06-414 | Harold Arnold Pickard, Jr. v. Merck & Co., Inc. |
| OKE  6  06-415 | John F. Jackson v. Merck & Co., Inc. |

SCHEDULE CTO-71 - TAG-ALONG ACTIONS  (MDL-1657)                                      Page 6 of 10

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| OKE  6  06-416 | Melba Gibbins v. Merck & Co., Inc. |
| OKE  6  06-417 | Louie Fritts v. Merck & Co., Inc. |
| OKE  6  06-420 | Shirly Francis v. Merck & Co., Inc. |
| OKE  6  06-421 | Marsha Norton v. Merck & Co., Inc. |
| OKE  6  06-422 | John Faver v. Merck & Co., Inc. |
| OKE  6  06-423 | Jimmy Hurst v. Merck & Co., Inc. |
| OKE  6  06-424 | Janice Cole v. Merck & Co., Inc. |
| OKE  6  06-426 | Bettye Enberg v. Merck & Co., Inc. |
| OKE  6  06-427 | Pauline Engleman v. Merck & Co., Inc. |
| OKE  6  06-428 | Ilene Enoch v. Merck & Co., Inc. |
| OKE  6  06-429 | Alice Peppers v. Merck & Co., Inc. |
| OKE  6  06-430 | Ruth Ross v. Merck & Co., Inc. |
| OKE  6  06-431 | Deborah Taylor v. Merck & Co., Inc. |

OKLAHOMA NORTHERN

| OKN  4  06-514 | Patricia Armstrong, etc. v. Merck & Co., Inc. |
|---|---|
| OKN  4  06-522 | Delores Tune v. Merck & Co., Inc. |
| OKN  4  06-533 | Barbara R. Kupcha, etc. v. Merck & Co., Inc. |
| OKN  4  06-534 | Hazel Hartz v. Merck & Co., Inc. |
| OKN  4  06-535 | Gloria McCoin v. Merck & Co., Inc. |
| OKN  4  06-536 | Virgil Grunden v. Merck & Co., Inc. |
| OKN  4  06-544 | Bulinda J. Sherwood v. Merck & Co., Inc. |
| OKN  4  06-548 | Mary Parker v. Merck & Co., Inc. |
| OKN  4  06-549 | Shirley Stump v. Merck & Co., Inc. |

OKLAHOMA WESTERN

| OKW  5  06-1025 | Leon Wayne Hightower v. Merck & Co., Inc., et al. |
|---|---|
| OKW  5  06-1026 | Jackie Gene Cathey v. Merck & Co., Inc. |
| OKW  5  06-1030 | Stella Claypool v. Merck & Co., Inc., et al. |
| OKW  5  06-1032 | Renee Collins v. Merck & Co., Inc., et al. |
| OKW  5  06-1033 | Terry Lanham v. Merck & Co., Inc., et al. |
| OKW  5  06-1034 | Janey Little v. Merck & Co., Inc., et al. |
| OKW  5  06-1043 | Mary Burns v. Merck & Co., Inc. |
| OKW  5  06-1044 | Pamela Hoang, etc. v. Merck & Co., Inc. |
| OKW  5  06-1045 | Charlie Ridley, etc. v. Merck & Co., Inc. |
| OKW  5  06-1049 | Jack Boucher, et al. v. Merck & Co., Inc. |
| OKW  5  06-1053 | Koleta Scott, etc. v. Merck & Co., Inc. |
| OKW  5  06-1054 | Marquitta Blaine, etc. v. Merck & Co., Inc. |
| OKW  5  06-1060 | Mary Coonfield v. Merck & Co., Inc. |
| OKW  5  06-1061 | Jody Elaine Elkins v. Merck & Co., Inc. |
| OKW  5  06-1066 | Glen E. Gilley, et al. v. Merck & Co., Inc. |
| OKW  5  06-1075 | Milton E. Fritts v. Merck & Co., Inc. |
| OKW  5  06-1076 | Shirley Ann Ely v. Merck & Co., Inc. |
| OKW  5  06-1086 | Barbara Jean Higdon v. Merck & Co., Inc. |

PENNSYLVANIA EASTERN

| PAE  2  06-4205 | Richard S. Boland, et al. v. Merck & Co., Inc., et al. |
|---|---|
| PAE  2  06-4255 | James S. Jones, etc. v. Merck & Co., Inc., et al. |
| PAE  2  06-4256 | Marjorie Roy, et al. v. Merck & Co., Inc. |
| PAE  2  06-4257 | Martin Ralph Barrows, et al. v. Merck & Co., Inc., et al. |
| PAE  2  06-4294 | LaDonna King v. Merck & Co., Inc. |
| PAE  2  06-4313 | Bobby W. Walden, et al. v. Merck & Co., Inc., et al. |
| PAE  2  06-4356 | Hervie Martin v. Merck & Co., Inc., et al. |

DIST. DIV. C.A. #            CASE CAPTION

SOUTH DAKOTA
  SD    1  06-1030           Travis J. Sitter, et al. v. Merck & Co., Inc.
  SD    1  06-1031           B. Gail Thompson v. Merck & Co., Inc.
  SD    1  06-1032           Lotus Blechinger v. Merck & Co., Inc.
  SD    1  06-1033           Danny Collins v. Merck & Co., Inc.
  SD    1  06-1034           Lila Doud v. Merck & Co., Inc.
  SD    1  06-1035           Joyce Lund v. Merck & Co., Inc.
  SD    1  06-1036           Virginia Erickson v. Merck & Co., Inc.
  SD    1  06-1037           LaVonne Ness v. Merck & Co., Inc.

TEXAS EASTERN
  TXE   2  06-386            Oralia F. Alaniz, et al. v. Merck & Co., Inc.
  TXE   2  06-403            Gay Nell Aaron, et al. v. Merck & Co., Inc.
  TXE   2  06-406            Addie B. Lee v. Merck & Co., Inc.
  TXE   2  06-410            Dan Jocoy v. Merck & Co., Inc.
  TXE   2  06-411            Ronald Ivey v. Merck & Co., Inc.
  TXE   2  06-412            Billy Helms v. Merck & Co., Inc.
  TXE   2  06-413            Willie McCleveland v. Merck & Co., Inc.
  TXE   2  06-414            Barbara Trim, etc. v. Merck & Co., Inc.
  TXE   2  06-415            Marjorie Walker v. Merck & Co., Inc.
  TXE   2  06-416            Lisa Webb v. Merck & Co., Inc.
  TXE   4  06-402            Brenda Mills, et al. v. Merck & Co., Inc.
  TXE   6  06-411            Lois Ramsey, etc. v. Merck & Co., Inc.

TEXAS NORTHERN
  TXN   3  06-1748           Rose Fogiel v. Merck & Co., Inc., et al.
  TXN   3  06-1765           Billie Jean Jenkins v. Merck & Co., Inc.
  TXN   4  06-612            Sondra S. Light, etc. v. Merck & Co., Inc.

TEXAS SOUTHERN
  TXS   1  06-150            Dominga R. Castro v. Merck & Co., Inc., et al.
  TXS   1  06-151            Patricia Hernandez v. Merck & Co., Inc., et al.
  TXS   1  06-152            Olivia Robinson v. Merck & Co., Inc., et al.
  TXS   1  06-161            Antonio R. Saavedra v. Merck & Co., Inc., et al.
  TXS   1  06-163            Gwendolyn Ann Herron, et al. v. Merck & Co., Inc., et al.
  TXS   2  06-424            Lucia Gonzalez v. Merck & Co., Inc., et al.
  TXS   2  06-427            Minerva H. Rosas v. Merck & Co., Inc., et al.
  TXS   2  06-429            Janie M. Castro, et al. v. Merck & Co., Inc.
  TXS   2  06-430            Mary C. Valenzuela, et al. v. Merck & Co., Inc.
  TXS   2  06-431            Nancy Kohn, et al. v. Merck & Co., Inc.
  TXS   2  06-439            Violanda Rios v. Merck & Co., Inc., et al.
  TXS   3  06-605            Dominick Valenti v. Merck & Co., Inc., et al.
  TXS   3  06-616            Ronald Baker, et al. v. Merck & Co., Inc.
  TXS   3  06-621            Betty N. Derouen v. Merck & Co., Inc.
  TXS   4  06-3071           Rosie Padgett v. Merck & Co., Inc.
  TXS   4  06-3077           James Reece, et al. v. Merck & Co., Inc.
  TXS   4  06-3090           Donald R. Preuninger, et al. v. Merck & Co., Inc.
  TXS   7  06-261            Estela Guerra, et al. v. Merck & Co., Inc., et al.
  TXS   7  06-262            Cristina Hernandez Mendoza v. Merck & Co., Inc., et al.
  TXS   7  06-265            Oralia Castillo, et al. v. Merck & Co., Inc.
  TXS   7  06-266            Tiodora Gonzalez, et al. v. Merck & Co., Inc.
  TXS   7  06-267            Elida Acevedo v. Merck & Co., Inc.
  TXS   7  06-268            Maria Del Carmen Ramirez, et al. v. Merck & Co., Inc.
  TXS   7  06-269            Hortencia Rosalez v. Amerisource, Inc., et al.
  TXS   7  06-270            Ofelia Mejia Campos v. Merck & Co., Inc.
  TXS   7  06-278            Maria Gonzalez de Ramirez v. Merck & Co., Inc., et al.
  TXS   7  06-279            Martha B. Torres v. Merck & Co., Inc., et al.

SCHEDULE CTO-71 - TAG-ALONG ACTIONS (MDL-1657)                    Page 8 of 10

DIST. DIV. C.A. #              CASE CAPTION

TEXAS WESTERN
  TXW  1  06-748        Ronnie D. Fox, etc. v. Merck & Co., Inc.
  TXW  1  06-749        Barbara J. Baxter v. Merck & Co., Inc., et al.
  TXW  1  06-771        Katherine Arney, et al. v. Merck & Co., Inc., et al.
  TXW  1  06-772        Eddie Roy Tealer v. Merck & Co., Inc., et al.
  TXW  1  06-773        Alice Labaj v. Merck & Co., Inc., et al.
  TXW  1  06-774        Peggy Sue Fetterly, et al. v. Merck & Co., Inc.
  TXW  1  06-775        James Greer, et al. v. Merck & Co., Inc.
  TXW  1  06-776        Farahnaz Mojallali, et al. v. Merck & Co., Inc.
  TXW  1  06-779        Ramona Wright v. Merck & Co., Inc., et al.
  TXW  1  06-786        Jesus Avila v. Merck & Co., Inc.
  TXW  1  06-805        Jonna Murchison v. Merck & Co., Inc., et al.
  TXW  1  06-806        Brian G. Thompson v. Merck & Co., Inc., et al.
  TXW  5  06-837        Hope Gonzales, et al. v. Merck & Co., Inc.

UTAH
  UT   1  06-121        Leonard S. Robb, et al. v. Merck & Co., Inc.
  UT   1  06-122        Colleen Johnson, et al. v. Merck & Co., Inc.
  UT   2  06-817        Carolyn Burk v. Merck & Co., Inc.
  UT   2  06-819        Shirley Vanicsek v. Merck & Co., Inc.
  UT   2  06-821        Amarjit Bhatia, et al. v. Merck & Co., Inc.
  UT   2  06-824        Todd Urry Harris v. Merck & Co., Inc.
  UT   2  06-825        Delores Jones, et al. v. Merck & Co., Inc.
  UT   2  06-830        Patricia Bates, etc. v. Merck & Co., Inc.
  UT   2  06-858        Dick Ingram v. Merck & Co., Inc.

VIRGINIA EASTERN
  VAE  1  06-1103       Shirley Roberson v. Merck & Co., Inc.
  VAE  1  06-1106       Hercharan K. Sethi, etc. v. Merck & Co., Inc.
  VAE  1  06-1108       William Brochu v. Merck & Co., Inc.

VIRGINIA WESTERN
  VAW  1  06-98         Robin Lee Thompson v. Merck & Co., Inc.
  VAW  1  06-99         Dorris Haynes, et al. v. Merck & Co., Inc.
  VAW  5  06-85         Cheryl S. Goodyear, etc. v. Merck & Co., Inc.
  VAW  7  06-585        Marsha Ogburn v. Merck & Co., Inc.

WASHINGTON EASTERN
  WAE  2  06-282        John Steward, et al. v. Merck & Co., Inc.

WEST VIRGINIA NORTHERN
  WVN  1  06-144        Marvin E. Marsh, et al. v. Merck & Co., Inc.
  WVN  1  06-146        Shirley L. Butcher v. Merck & Co., Inc.
  WVN  2  06-95         Roger Tingler, et al. v. Merck & Co., Inc.

WEST VIRGINIA SOUTHERN
  WVS  1  06-754        Kenneth D. Trent v. Merck & Co., Inc.
  WVS  1  06-755        Lillie F. Nichols v. Merck & Co., Inc.
  WVS  1  06-756        Stella Louise Waddell v. Merck & Co., Inc.
  WVS  1  06-757        Ulysess Grant Perdue v. Merck & Co., Inc.
  WVS  2  06-741        Loretta Jones, etc. v. Merck & Co., Inc.
  WVS  2  06-742        Larry Lee Bays, Sr., et al. v. Merck & Co., Inc.
  WVS  2  06-743        Tammy Rae Combs, etc. v. Merck & Co., Inc.
  WVS  2  06-767        Gary Neff v. Merck & Co., Inc.

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| WVS 2 06-768 | Cynthia Parker v. Merck & Co., Inc. |
| WVS 2 06-769 | Glen Rasnick, Jr. v. Merck & Co., Inc. |
| WVS 2 06-770 | Paul Pierson v. Merck & Co., Inc. |
| WVS 2 06-771 | Barbara Piper v. Merck & Co., Inc. |
| WVS 2 06-772 | Donna Hunt v. Merck & Co., Inc. |
| WVS 2 06-773 | Clarence Miller v. Merck & Co., Inc. |
| WVS 2 06-774 | Paul Richardson v. Merck & Co., Inc. |
| WVS 2 06-775 | Benjamin Johnson v. Merck & Co., Inc. |
| WVS 2 06-776 | John Jones v. Merck & Co., Inc. |
| WVS 2 06-777 | Shirley Dement v. Merck & Co., Inc. |
| WVS 2 06-778 | Carl Kelley, Jr. v. Merck & Co., Inc. |
| WVS 2 06-779 | Joseph Barker v. Merck & Co., Inc. |
| WVS 2 06-780 | Carl Allen v. Merck & Co., Inc. |
| WVS 2 06-781 | Ralph Randolph v. Merck & Co., Inc. |
| WVS 2 06-782 | Luther Roton v. Merck & Co., Inc. |
| WVS 2 06-783 | Larry Menninger v. Merck & Co., Inc. |
| WVS 2 06-784 | Maggie Maynard v. Merck & Co., Inc. |
| WVS 2 06-785 | Patricia Scott v. Merck & Co., Inc. |
| WVS 2 06-786 | Debra Nida, etc. v. Merck & Co., Inc. |
| WVS 2 06-787 | Hersey Osborne v. Merck & Co., Inc. |
| WVS 2 06-788 | Lester Smith v. Merck & Co., Inc. |
| WVS 2 06-789 | Laura Lykins-Stanley v. Merck & Co., Inc. |
| WVS 2 06-790 | Eva Wells v. Merck & Co., Inc. |
| WVS 2 06-791 | Eveyn Wilson v. Merck & Co., Inc. |
| WVS 2 06-792 | Janet Saunders v. Merck & Co., Inc. |
| WVS 2 06-793 | Kelli Hall, etc. v. Merck & Co., Inc. |
| WVS 2 06-794 | Christine Howard v. Merck & Co., Inc. |
| WVS 2 06-795 | Barbara Cottrell v. Merck & Co., Inc. |
| WVS 2 06-796 | Kenneth Jarvis v. Merck & Co., Inc. |
| WVS 2 06-797 | Ellen Hudson v. Merck & Co., Inc. |
| WVS 2 06-798 | Watiman Davis v. Merck & Co., Inc. |
| WVS 2 06-799 | Okey Wiley, etc. v. Merck & Co., Inc. |
| WVS 2 06-800 | Shawn Engle v. Merck & Co., Inc. |
| WVS 2 06-801 | Billy Cook v. Merck & Co., Inc. |
| WVS 2 06-802 | Michael Coughenour v. Merck & Co., Inc. |
| WVS 2 06-803 | Thomas Thompson v. Merck & Co., Inc. |
| WVS 2 06-804 | James Reedy v. Merck & Co., Inc. |
| WVS 2 06-805 | Frances Daniels v. Merck & Co., Inc. |
| WVS 2 06-806 | Thomas Drawdy, Sr. v. Merck & Co., Inc. |
| WVS 2 06-807 | Mamie Rall v. Merck & Co., Inc. |
| WVS 2 06-808 | Roger Barker v. Merck & Co., Inc. |
| WVS 2 06-809 | Darrell Barnette v. Merck & Co., Inc. |
| WVS 2 06-810 | Donnie Canterbury v. Merck & Co., Inc. |
| WVS 2 06-811 | Dennis Cook v. Merck & Co., Inc. |
| WVS 2 06-812 | Arlene Cooke v. Merck & Co., Inc. |
| WVS 2 06-813 | Paul Hudgins v. Merck & Co., Inc. |
| WVS 2 06-814 | Addie May v. Merck & Co., Inc. |
| WVS 2 06-815 | Lorene Baldwin v. Merck & Co., Inc. |
| WVS 2 06-816 | Rosaline Barber v. Merck & Co., Inc. |
| WVS 3 06-817 | Otis Hively v. Merck & Co., Inc. |
| WVS 3 06-818 | Donna Wright v. Merck & Co., Inc. |
| WVS 3 06-819 | Cassandra Byrd v. Merck & Co., Inc., et al. |
| WVS 3 06-820 | Sherry Bailey v. Merck & Co., Inc. |
| WVS 3 06-821 | Mary Neal v. Merck & Co., Inc. |

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| WVS 3 06-822 | Clarence Stroud v. Merck & Co., Inc. |
| WVS 3 06-823 | Laura Childs v. Merck & Co., Inc. |
| WVS 3 06-824 | Patrick Cummings v. Merck & Co., Inc. |
| WVS 3 06-825 | Robert Hatfield v. Merck & Co. Inc. |
| WVS 3 06-826 | Betty Bell v. Merck & Co., Inc. |
| WVS 3 06-827 | Mose Block v. Merck & Co., Inc. |
| WVS 3 06-843 | Charles M. Petro, et al. v. Merck & Co., Inc. |
| WVS 5 06-751 | Walter Herman Taylor, et al. v. Merck & Co., Inc. |
| WVS 5 06-752 | Janice O. Gunnoe, et al. v. Merck & Co., Inc. |
| WVS 5 06-762 | Larry Cline v. Merck & Co., Inc. |
| WVS 5 06-828 | Susan Canterbury v. Merck & Co., Inc. |
| WVS 5 06-829 | John Dickens v. Merck & Co., Inc. |
| WVS 5 06-830 | Gloria Duncan v. Merck & Co., Inc. |
| WVS 5 06-831 | Nellie Redden v. Merck & Co., Inc. |
| WVS 5 06-832 | Desiree McEachern v. Merck & Co., Inc. |
| WVS 5 06-833 | Martin Sargent v. Merck & Co., Inc. |
| WVS 5 06-834 | Patricia Rivers v. Merck & Co., Inc. |
| WVS 5 06-835 | Norman Kelly v. Merck & Co., Inc. |
| WVS 5 06-836 | Thomas Cooper v. Merck & Co., Inc. |
| WVS 5 06-837 | Fredrieck Carter, Sr. v. Merck & Co., Inc. |
| WVS 5 06-838 | Olivia Burger v. Merck & Co., Inc. |
| WVS 6 06-839 | Sandra Welch v. Merck & Co., Inc. |
| WVS 6 06-840 | Rodney Dailey v. Merck & Co., Inc. |
| WVS 6 06-841 | Mikyl Hines v. Merck & Co., Inc. |

# INVOLVED JUDGES LIST (CTO-71)
# DOCKET NO. 1657
# IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Hon. William M. Acker, Jr.
Senior U.S. District Judge
481 Hugo L. Black U.S. Courthouse
1729 5th Avenue, North
Birmingham, AL 35203-0065

Hon. John R. Adams
U.S. District Judge
570 U.S. Courthouse & Fed. Bldg.
Two South Main Street
Akron, OH 44308

Hon. Robert R. Armstrong, Jr.
U.S. Magistrate Judge
274 Hugo L. Black U.S. Courthouse
1729 5th Avenue, North
Birmingham, AL 35203

Hon. Harold Baer, Jr.
Senior U.S. District Judge
2230 Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Harry F. Barnes
U.S. District Judge
P.O. Box 1735
El Dorado, AR 71731

Hon. Joseph F. Bataillon
Chief Judge, U.S. District Court
3259 Roman L. Hruska
U.S. Courthouse
111 South 18th Plaza
Omaha, NE 68102

Hon. Timothy C. Batten, Sr.
U.S. District Judge
1756 Richard B. Russell Fed. Bldg.
& United States Courthouse
75 Spring Street, SW
Atlanta, GA 30303-3309

Hon. Monti L. Belot
U.S. District Judge
111 U.S. Courthouse
401 North Market Street
Wichita, KS 67202

Hon. Roger T. Benitez
U.S. District Judge
4145 Edward J. Schwartz
U.S. Courthouse
940 Front Street
San Diego, CA 92101

Hon. Dee V. Benson
Chief Judge, U.S. District Court
264 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101

Hon. Richard M. Berman
U.S. District Judge
650 Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Susan Ritchie Bolton
U.S. District Judge
522 Sandra Day O'Connor
U.S. Courthouse, SPC 50
401 West Washington Street
Phoenix, AZ 85003-2153

Hon. Christopher A. Boyko
U.S. District Judge
United States District Court
15B Carl B. Stokes United States
801 West Superior Avenue
Cleveland, OH 44113

Hon. David C. Bramlette
Senior U.S. District Judge
P.O. Drawer 928
Natchez, MS 39121

Hon. Rudi M. Brewster
Senior U.S. District Judge
4165 Edward J. Schwartz
U.S. Courthouse
940 Front Street
San Diego, CA 92101-8902

Hon. Leonie M. Brinkema
U.S. District Judge
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
6th Floor
Alexandria, VA 22314-5799

Hon. Garrett E. Brown, Jr.
Chief Judge, U.S. District Court
4050 Clarkson S. Fisher Federal
Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608-1507

Hon. Larry Alan Burns
U.S. District Judge
1165 Edward J. Schwartz
U.S. Courthouse
940 Front Street
San Diego, CA 92101

Hon. James C. Cacheris
Senior U.S. District Judge
Albert V. Bryan Courthouse
401 Courthouse Square
Suite 21
Alexandria, VA 22314-5799

Hon. Laurie Smith Camp
U.S. District Judge
3210 Roman L. Hruska U.S. Courthouse
111 South 18th Plaza
Omaha, NE 68102

Hon. David G. Campbell
U.S. District Judge
623 Sandra Day O'Connor
U.S. Courthouse
SPC 58
401 West Washington Street
Phoenix, AZ 85003-2118

Hon. Paul G. Cassell
U.S. District Judge
112 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101-2180

Hon. Stanley R. Chesler
U.S. District Judge
Martin Luther King, Jr. Federal Building
& U.S. Courthouse
50 Walnut Street, 4th Floor
Newark, NJ 07102

Hon. U. W. Clemon
Chief Judge, U.S. District Court
882 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203-2000

INVOLVED JUDGES LIST (CTO-71) MDL-1657                                                                      Page 2 of 6

Hon. Robert J. Conrad, Jr.
Chief Judge, U.S. District Court
United States District Court
235 Charles R. Jonas Federal Building
401 West Trade Street
Charlotte, NC 28202

Hon. L. Scott Coogler
U.S. District Judge
786 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203-2000

Hon. Mary L. Cooper
U.S. District Judge
5000 Clarkson S. Fisher Federal
Bldg. & U.S. Courthouse
402 E. State Street
Trenton, NJ 08608

Hon. Alfred V. Covello
Senior U.S. District Judge
Abraham Ribicoff Federal Building
& U.S. Courthouse
450 Main Street
Hartford, CT 06103

Hon. Randy Crane
U.S. District Judge
U.S. District Court
1701 W. Business Highway 83
Suite 928
McAllen, TX 78501

Hon. Harwell G. Davis, III
U.S. Magistrate Judge
103 U.S. Courthouse
101 Holmes Avenue, N.E.
Huntsville, AL 35801

Hon. Leonard E. Davis
U.S. District Judge
United States District Court
106 Federal Building
211 West Ferguson Street
Tyler, TX 75702

Hon. Michael J. Davis
U.S. District Judge
14E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Ira DeMent
Senior U.S. District Judge
P.O. Box 2149
Montgomery, AL 36102-2149

Hon. David S. Doty
Senior U.S. District Judge
14W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. David D. Dowd, Jr.
Senior U.S. District Judge
402 U.S. Courthouse & Fed. Bldg.
Two South Main Street
Akron, OH 44308

Hon. Jan E. DuBois
Senior U.S. District Judge
12613 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1766

Hon. Claire V. Eagan
Chief Judge, U.S. District Court
411 Page Belcher Federal Bldg.
& U.S. Courthouse
333 West Fourth Street
Tulsa, OK 74103

Hon. Peter C. Economus
U.S. District Judge
313 Fed. Bldg. & U.S. Courthouse
125 Market Street, Room 313
Youngstown, OH 44503

Hon. Keith P. Ellison
U.S. District Judge
Bob Casey U.S. District Court
515 Rusk Street, Room 8631
Houston, TX 77002

Hon. Joan N. Ericksen
U.S. District Judge
12W U.S. Courthouse
300 South 4th Street
Minneapolis, MN 55415

Hon. David A. Faber
Chief Judge, U.S. District Court
601 Federal Street, Room 2303
Bluefield, WV 24701

Hon. David Folsom
U.S. District Judge
309 U.S. Courthouse & Post Office
500 N. State Line Avenue
Texarkana, TX 71854-5957

Hon. James L. Foreman
Senior U.S. District Judge
740 U.S. Courthouse
301 West Main Street
Benton, IL 62812

Hon. Donovan W. Frank
U.S. District Judge
738 Warren E. Burger Federal Bldg.
316 North Robert Street
St. Paul, MN 55101

Hon. Stephen P. Friot
U.S. District Judge
3102 U.S. Courthouse
200 Northwest Fourth Street
Oklahoma City, OK 73102-3092

Hon. John P. Fullam
Senior U.S. District Judge
15614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1780

Hon. W. Royal Furgeson, Jr.
U.S. District Judge
John H. Wood Courthouse
655 E. Durango Blvd.
San Antonio, TX 78206

Hon. Patricia A. Gaughan
U.S. District Judge
19B Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113-1835

Hon. Vanessa D. Gilmore
U.S. District Judge
9513 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Irma E. Gonzalez
Chief Judge, U.S. District Court
4194 Edward J. Schwartz
U.S. Courthouse
940 Front Street
San Diego, CA 92101

Hon. Joseph R. Goodwin
U.S. District Judge
U.S. District Court
P.O. Box 2546
Charleston, WV 25329-2546

Hon. Donald L. Graham
U.S. District Judge
U.S. District Court
99 N.E. Fourth Street, Room 1155
Miami, FL 33132

Hon. Callie V.S. Granade
Chief Judge, U.S. District Court
123 John A. Campbell U.S. Courthouse
113 St. Joseph Street
Mobile, AL 36602-3621

Hon. James E. Gritzner
U.S. District Judge
U.S. District Court
P.O. Box 9344
Des Moines, IA 50306

Hon. James S. Gwin
U.S. District Judge
510 U.S. Courthouse & Fed. Bldg.
Two South Main Street
Akron, OH 44308

Hon. David F. Hamilton
U.S. District Judge
330 Birch Bayh Fed. Bldg.
& U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Hon. Andrew S. Hanen
U.S. District Judge
P.O. Box 61010
Houston, TX 77208-1010

Hon. William Q. Hayes
U.S. District Judge
4 Edward J. Schwartz U.S. Courthouse
940 Front Street
San Diego, CA 92101

Hon. Hayden W. Head, Jr.
Chief Judge, U.S. District Court
308 U.S. Courthouse
1133 North Shoreline Boulevard
Corpus Christi, TX 78401

Hon. Joe L. Heaton
U.S. District Judge
1210 U.S. Courthouse
200 Northwest 4th Street
Oklahoma City, OK 73102

Hon. Jimm Larry Hendren
Chief Judge, U.S. District Court
United States District Court
559 John Paul Hammerschmidt
Fed. Bldg.
35 East Mountain Street
Fayetteville, AR 72701

Hon. David R. Herndon
U.S. District Judge
P.O. Box 259
E. St. Louis, IL 62202-0259

Hon. Claude M. Hilton
Senior U.S. District Judge
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314-5799

Hon. Ricardo H. Hinojosa
U.S. District Judge
1701 W. Business Highway 83
Bentsen Tower
Suite 1028
McAllen, TX 78502

Hon. Denis R. Hurley
Senior U.S. District Judge
U.S. District Court
Alfonse M. D'Amato U.S. Courthouse
Federal Plaza, 9th Floor
Central Islip, NY 11722

Hon. Janis Graham Jack
U.S. District Judge
320 U.S. Courthouse
1133 North Shoreline Boulevard
Corpus Christi, TX 78401

Hon. Carol E. Jackson
Chief Judge, U.S. District Court
14N Thomas F. Eagleton
U.S. Courthouse
111 South Tenth St., 14th Floor
St. Louis, MO 63102-1116

Hon. Bruce S. Jenkins
Senior U.S. District Judge
421 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101

Hon. Inge P. Johnson
U.S. District Judge
361 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Hon. James P. Jones
Chief Judge, U.S. District Court
P.O. Box 669
Abingdon, VA 24212

Hon. Cindy K. Jorgenson
U.S. District Judge
5180 Evo A. DeConcini
U.S. Courthouse
405 West Congress Street
Tucson, AZ 85701-5052

Hon. David A. Katz
Senior U.S. District Judge
307 U.S. Courthouse
1716 Spielbusch Avenue
Toledo, OH 43624

Hon. Irene M. Keeley
Chief Judge, U.S. District Court
P.O. Box 2808
Clarksburg, WV 26302

Hon. Samuel B. Kent
U.S. District Judge
613 U.S. Courthouse
601 25th Street
Galveston, TX 77550

Hon. Terence C. Kern
U.S. District Judge
411 Page Belcher Federal Bldg.
& U.S. Courthouse
333 West 4th Street
Tulsa, OK 74103-3819

Hon. Gladys Kessler
U.S. District Judge
4006 E. Barrett Prettyman
U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001-2802

Hon. Dale A. Kimball
U.S. District Judge
220 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101

Hon. Charles B. Kornmann
U.S. District Judge
408 U.S. Post Office and Courthouse
102 Fourth Avenue, S.E.
Aberdeen, SD 57401

Hon. Robert E. Larsen
U.S. Magistrate Judge
6652 Charles Evans Whittaker
U.S. Courthouse
400 East Ninth Street
Kansas City, MO 64106

Hon. Tim Leonard
Senior U.S. District Judge
5012 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102

Hon. Sam A. Lindsay
U.S. District Judge
Earle Cabell Federal Bldg.
& U.S. Courthouse
1100 Commerce Street
Dallas, TX 75242-1003

Hon. M. James Lorenz
U.S. District Judge
5145 Edward J. Schwartz
U.S. Courthouse
940 Front Street
San Diego, CA 92101

Hon. Barbara M.G. Lynn
U.S. District Judge
15E26 Earle Cabell Federal Building
& U. S. Courthouse
1100 Commerce Street
Dallas, TX 75242-1003

Hon. Paul A. Magnuson
Senior U.S. District Judge
730 Warren E. Burger Fed. Bldg.
316 North Robert Street
St. Paul, MN 55101

Hon. Kenneth A. Marra
U.S. District Judge
205E United States Courthouse
299 East Broward Boulevard
Fort Lauderdale, FL 33301

Hon. Frederick J. Martone
U.S. District Judge
U.S. District Court
526 Sandra Day O'Connor
U.S. Courthouse
401 West Washington St., SPC62
Phoenix, AZ 85003-2158

Hon. John H. McBryde
U.S. District Judge
401 U.S. Courthouse
501 West 10th Street
Fort Worth, TX 76102

Hon. Stephen M. McNamee
U.S. District Judge
Sandra Day O'Connor U.S. Courthouse
401 W. Washington Street, Box 60
Phoenix, AZ 85003-2146

Hon. Peter J. Messitte
U.S. District Judge
6500 Cherrywood Lane
Room 475A
Greenbelt, MD 20770

Hon. Vicki Miles-LaGrange
U.S. District Judge
5011 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102

Hon. Jeffrey T. Miller
U.S. District Judge
3142 Edward J. Schwartz
U.S. Courthouse
940 Front Street
San Diego, CA 92101

Hon. Patricia H. Minaldi
U.S. District Judge
328 Edwin F. Hunter, Jr.
U.S. Courthouse & Federal Building
611 Broad Street
Lake Charles, LA 70601

Hon. Ann D. Montgomery
U.S. District Judge
13W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. K. Michael Moore
U.S. District Judge
1168 James Lawrence King Federal
Justice Bldg.
99 N.E. Fourth Street
Miami, FL 33132

Hon. Barry Ted Moskowitz
U.S. District Judge
Edward J. Schwartz U.S. Courthouse
940 Front Street
Suite 5160
San Diego, CA 92101

Hon. Graham C. Mullen
Senior U.S. District Judge
230 Charles R. Jonas Federal Building
401 West Trade Street
Charlotte, NC 28202

Hon. Kathleen McDonald O'Malley
U.S. District Judge
16A Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113-1840

Hon. John E. Ott
U.S. Magistrate Judge
268 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203

Hon. John R. Padova
U.S. District Judge
6614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1759

Hon. James H. Payne
Chief Judge, U.S. District Court
U.S. District Court
P.O. Box 2459
Muskogee, OK 74402

Hon. Joel A. Pisano
U.S. District Judge
402 East State Street
Room 2020
Newark, NJ 08608

Hon. Dan A. Polster
U.S. District Judge
18B Carl B. Stokes U.S. Courthouse
801 W. Superior Avenue
Cleveland, OH 44113

Hon. R. David Proctor
U.S. District Judge
730 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203

Hon. John S. Rhoades, Sr.
Senior U.S. District Judge
3130 Edward J. Schwartz
U.S. Courthouse
940 Front Street
San Diego, CA 92101

Hon. Eduardo C. Robreno
U.S. District Judge
11614 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1745

Hon. John M. Roll
Chief Judge, U.S. District Court
5190 Evo A. DeConcini U.S. Courthouse
405 W. Congress Street
Tucson, AZ 85701-5010

Hon. David L. Russell
U.S. District Judge
3309 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102

Hon. Dana M. Sabraw
U.S. District Judge
U.S. District Court
Edward J. Schwartz U.S. Courthouse
940 Front Street, Suite 2160
San Diego, CA 92101

Hon. Timothy J. Savage
U.S. District Judge
7614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. Shira Ann Scheindlin
U.S. District Judge
1620 Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Richard A. Schell
U.S. District Judge
U.S. Courthouse Annex, Level Mezzanine
200 North Travis Street
Sherman, TX 75090

Hon. Berle M. Schiller
U.S. District Judge
5614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. Michael H. Schneider
U.S. District Judge
U.S. District Court
100 Federal Building
211 West Ferguson Street
Tyler, TX 75701

Hon. J. Michael Seabright
U.S. District Judge
United States District Court
C-435 Prince Kuhio Federal Bldg
300 Ala Moana Boulevard
Honolulu, HI 96850-0001

Hon. Frank H. Seay
Senior U.S. District Judge
United States District Court
P.O. Box 828
Muskogee, OK 74402-0828

Hon. Edward F. Shea
U.S. District Judge
Federal Bldg., Suite 190
825 Jadwin Avenue
Richland, WA 99352

Hon. Steven P. Shreder
U.S Magistrate Judge
U.S. District Court
P.O. Box 7002
Muskogee, OK 74402

Hon. William B. Shubb
Senior U.S. District Judge
14-200 United States Courthouse
501 I Street
Sacramento, CA 95814-2322

Hon. Sam Sparks
U.S. District Judge
100 U.S. Courthouse
200 West Eighth Street
Austin, TX 78701

Hon. Brian T. Stewart
U.S. District Judge
148 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101

Hon. Hilda G. Tagle
U.S. District Judge
Federal Building & U.S. Courthouse #306
600 East Harrison Street
Brownsville, TX 78520

Hon. Alvin W. Thompson
U.S. District Judge
Abraham Ribicoff Federal Building
& U.S. Courthouse
450 Main Street
Hartford, CT 06103

Hon. Anne E. Thompson
Senior U.S. District Judge
4000 Clarkson S. Fisher Federal
Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608-1507

Hon. Ralph G. Thompson
Senior U.S. District Judge
3301 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102

Hon. Lacy H. Thornburg
U.S. District Judge
200 U.S. Courthouse
100 Otis Street
Asheville, NC 28801-2611

Hon. John R. Tunheim
U.S. District Judge
13E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. James C. Turk
U.S. District Judge
Richard H. Poff Federal Bldg.
246 Franklin Road, S.W.
Roanoke, VA 24011

Hon. Ursula M. Ungaro-Benages
U.S. District Judge
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

Hon. Warren K. Urbom
Senior U.S. District Judge
507 Robert V. Denney U.S. Courthouse
100 Centennial Mall North
Lincoln, NE 68508

Hon. Richard L. Voorhees
U.S. District Judge
250 Charles Jonas Federal Building
401 West Trade Street
Charlotte, NC 28202

Hon. Kathryn H. Vratil
U.S. District Judge
511 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101-2400

Hon. John F. Walter
U.S. District Judge
176 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012-4701

Hon. Horace T. Ward
Senior U.S. District Judge
Richard B. Russell Federal Bldg.
& U.S. Courthouse, Room 2388
75 Spring Street, S.W.
Atlanta, GA 30303

Hon. Herman J. Weber
Senior U.S. District Judge
801 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202

Hon. Lesley Brooks Wells
Senior U.S. District Judge
328 Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114

Hon. Kimberly E. West
U.S Magistrate Judge
United States District Court
P. O. Box 2999
Muskogee, OK 74402

Hon. Lee R. West
Senior U.S. District Judge
3001 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102

Hon. Thomas J. Whelan
U.S. District Judge
3155 Edward J. Schwartz U.S. Courthouse
940 Front Street, Suite 3155
San Diego, CA 92101

Hon. Ronald A. White
U.S. District Judge
United States District Court
P.O. Box 1009
Muskogee, OK 74402

Hon. James D. Whittemore
U.S. District Judge
13B Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

Hon. Glen M. Williams
Senior U.S. District Judge
P.O. Box 339
Abingdon, VA 24212

Hon. Henry T. Wingate
Chief Judge, U.S. District Court
109 James O. Eastland U.S. Courthouse
245 East Capitol Street
Jackson, MS 39201

Hon. Freda L. Wolfson
U.S. District Judge
6050 Clarkson S.
Fisher Federal Bldg. and US Courthouse
402 East State Street
Trenton, NJ 08608

Hon. Douglas P. Woodlock
U.S. District Judge
4110 John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002

Hon. Lee Yeakel
U.S. District Judge
U.S. Courthouse
200 W. 8th Street
Suite 200
Austin, TX 78701

Hon. Richard L. Young
U.S. District Judge
310 Federal Building
101 N.W. Martin Luther King Blvd.
Evansville, IN 47708

Hon. James B. Zagel
U.S. District Judge
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. Frank R. Zapata
U.S. District Judge
5160 Evo A. DeConcini U.S. Courthouse
405 W. Congress Street
Tucson, AZ 85701